UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN L. BRINSON, JR.,

                Plaintiff,                18 **CIVIL** 7626 (VB)

    -against-                    **JUDGMENT**

SGT. CURTIN and C.O. HIENO,
                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 12, 2020, Defendants' motion for summary judgment is granted; The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal; accordingly, this case is closed.

**Dated:**  New York, New York
          May 15, 2020

                                                          **RUBY J. KRAJICK**
                                                           Clerk of Court
                                  **BY:**
                                                             Deputy Clerk